UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANSWAN CLAVELLE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DIVERSIFIED ADJUSTMENT SERVICE, INC.,**<br><br>**Defendant.** | Case No.: 13-CV-4737 YGR<br><br>**ORDER DENYING MOTION FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff has filed a request to appear telephonically at the first case management conference scheduled in this case, set for January 27, 2014, at 2:00 p.m. (Dkt. No. 13.) Counsel bases the request on the inconvenience of traveling to the Oakland courthouse, as well as his scheduling of multiple matters for the same day, including a deposition.

The request to appear by telephone is **DENIED**. Pursuant to the undersigned judge's Standing Order in Civil Cases, telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel and scheduling do not constitute good cause.

If the parties believe this action does not warrant the expense associated with their required presence, they may consider reassignment to a magistrate judge of their choice. Profiles can be found at: http://www.cand.uscourts.gov/judges. Any joint request for reassignment to a magistrate should be filed no later than five (5) days before the scheduled case management conference.

If necessary, the Court will entertain a request for a short continuance.

1  This Order terminates Docket No. 13.

2  **IT IS SO ORDERED.**

4  Dated: January 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2