UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANSWAN CLAVELLE,<br><br>        Plaintiff,<br><br>    v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.,<br><br>        Defendant. | Case No.  13-cv-04737-VC<br><br>**ORDER** |

Given the pending motion to withdraw as counsel, the settlement conference, currently scheduled for May 30, 2014, is VACATED.

Plaintiff Franswan Clavelle is ordered to appear personally at the hearing on June 5, 2014. Plaintiff's counsel is directed to make all reasonable efforts to ensure Plaintiff's appearance.

**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
VINCE CHHABRIA
United States District Judge