# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANSWAN CLAVELLE,** | Case No. 4:13-cv-04737-VC |
| Plaintiff, | **[PROPOSED]** **ORDER RE: JOINT REQUEST TO DISMISS THE CASE WITH PREJUDICE** |
| vs. | |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.; and DOES 1 to 20, INCLUSIVE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the case with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this 27th day of May, 2014.

_____
The Honorable Judge Vince Chhabria

Order to Dismiss - 1